IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-285-FDW-DCK

| ERNEST HOLMES III, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| OPTIMUM OUTCOMES, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by Deborah A. Ausburn, concerning Matthew Robert Rosenkoff on September 24, 2015. Mr. Matthew Robert Rosenkoff seeks to appear as counsel *pro hac vice* for Defendant Optimum Outcomes, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Mr. Matthew Robert Rosenkoff is hereby admitted *pro hac vice* to represent Defendant Optimum Outcomes, Inc.

**SO ORDERED**.

Signed: September 24, 2015

David C. Keesler
United States Magistrate Judge