# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:15-CV-285-FDW-DCK

| | |
|---|---|
| ERNEST HOLMES III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| OPTIMUM OUTCOMES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Donna P. Savage, filed a "Certification Of Mediation Settlement Conference" (Document No. 7) notifying the Court that the parties reached a settlement on January 25, 2016. The Court commends the parties and the mediator for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **March 1, 2016**.

Signed: February 1, 2016

_____
David C. Keesler
United States Magistrate Judge